# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## Northwestern Division

Timothy Roper

Plaintiff,

v.

ISSI Sports Cars; TMT America; and Mary Groves

Defendant.

**Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

CIVIL ACTION CASE NUMBER:

CV-16-HGD-0441-NW

## Summons in a Civil Action

To: (*Defendant's name and address*)

TMT America
515 Wilhite Street
Florence, AL 35630

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Timothy Roper
1 Gardners Close
Bradford on Tone
TA4 1HT U.K.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: MAR 17 2016

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

Timothy Roper     Plaintiff,    )
                                )   **Summons**
                                )   (Issued pursuant to Rule 4 of
                                )   the Federal Rules of Civil
                                )   Procedure or other appropriate
                                )   law.)
v.                              )
                                )   CIVIL ACTION CASE NUMBER:
ISSI Sportscars; TMT America; and  )
Any Groves    Defendant.        )   CV-16-HGD-0441-NW

### Summons in a Civil Action

To: *(Defendant's name and address)*
TISSI Sports Cars -
519 Wilhite Street
Florence, AL 35630

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Timothy Roper
1 Gardners Close
Bradford on Tone
TA4 1HT U.K.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: MAR 17 2016

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
North Western Division

Timothy Roper
)
)
)                                           **Summons**
)                                           (Issued pursuant to Rule 4 of
)                                           the Federal Rules of Civil
Plaintiff,   )                              Procedure or other appropriate
)                                           law.)
v.           )
)
ISSI Sports Cars; TMT America; and   )     CIVIL ACTION CASE NUMBER:
)
Gary Groves                          )           CV-16-HGD-0441-NW
Defendant.   )

Summons in a Civil Action

To: (*Defendant's name and address*)

Gary Groves
605 Oak Chase Blvd
Lenoir City, TN 37772

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Timothy Roper
1 Gardners Close
Bradford on Tone
TA4 1HT U.K.

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: __MAR 17 2016__

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203